# NO. 12-24-00055-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *SUSAN MILLER,*<br>*APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW* |
| *CITIBANK, N.A.,*<br>*APPELLEE* | § | *VAN ZANDT COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant, Susan Miller, filed a motion to dismiss this appeal. The motion to dismiss is ***granted***, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a). Costs are taxed against the party incurring same.

Opinion delivered March 28, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 28, 2024**

**NO. 12-24-00055-CV**

**SUSAN MILLER,**
Appellant
V.
**CITIBANK, N.A.,**
Appellee

Appeal from the County Court at Law
of Van Zandt County, Texas (Tr.Ct.No. CV06984)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*